# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS           CONSOLIDATED UNDER MDL
LIABILITY LITIGATION (NO. VI)       DOCKET NO. 875

ALAN CAINE,

    Plaintiff,                     EDPA File No.  2:10-cv-78915

v.

GENERAL ELECTRIC COMPANY, ET AL.,

    Defendants.

## NOTICE OF SUBSTITUION OF COUNSEL FOR
## DEFENDANT AIR & LIQUID SYSTEMS CORPORATION,
## AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

To the Clerk:

    Kindly withdraw the appearance of Zachary F. McBride as counsel for Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., and substitute the appearance of Carlo F. Bonavita, in the above-referenced matter.

    Respectfully submitted,

    Air & Liquid Systems Corp., as Successor
    by Merger to Buffalo Pumps, Inc.,
    By its attorneys,

    */s/ Carlo F. Bonavita*
    Carlo F. Bonavita, #661413
    Governo Law Firm LLC
    Two International Place, 15th Floor
    Boston, MA  02110
    Phone:  (617) 737-9045
    Fax: (617) 737-9046
Date:  March 7, 2011          cbonavita@governo.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of March, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                        */s/ Carlo F. Bonavita*
                                        Carlo F. Bonavita